# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SCOTT FRANCIS ICEBERG,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>Defendant. | Case No. C21-494RSM<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiff's Motion for Extension of Time. Dkt. #10. *Pro se* Plaintiff Scott Francis Iceberg requests "an additional month to file a Motion for Reconsideration, along with declarations from Plaintiff's medical professionals." *Id.* at 2. Under this Court's Local Rules, a motion for reconsideration is to be filed no later than fourteen days after the order to which it relates was filed. LCR 7(h)(2).

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds good cause to allow the additional time and ORDERS that Plaintiff's Motion, Dkt. #10, is GRANTED. Plaintiff is granted a one-month extension of the original deadline. The new deadline for a motion for reconsideration is June 7, 2021. Plaintiff must otherwise follow the requirements of Local Civil Rule 7(h).

DATED this 28th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1